```
 1  Floyd W. Bybee, #012651
    BYBEE LAW CENTER, PLC
 2  2473 S. Higley Road
    Suite 104-308
 3  Gilbert, AZ  85295-3023
    Office: (480) 756-8822
 4  Fax: (480) 302-4186
    floyd@bybeelaw.com
 5
    Attorney for Plaintiff
 6

 7
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Keith Johnson, | No. **CV 2010-8211-PCT-FJM** |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| Resurgent Capital Services L.P., | |
| Defendant. | |

Plaintiff, by and through counsel, hereby gives notice that Plaintiff and Defendant have reached a settlement in this case, and will be filing a stipulation of dismissal shortly.

/ / /

/ / /

DATED   January 4, 2011  .

```
                                s/ Floyd W. Bybee
                              Floyd W. Bybee, #012651
                              **BYBEE LAW CENTER, PLC**
                              2473 S. Higley Road
                              Suite 104-308
                              Gilbert, AZ  85295-3023
                              Office: (480) 756-8822
                              Fax: (480) 302-4186
                              floyd@bybeelaw.com

                              Attorney for Plaintiff
```

**CERTIFICATE OF SERVICE**

The undersigned certifies that on   January 4, 2011  , a copy of this document was electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Victoria L. Orze
Law Offices of
  Hinshaw & Culbertson LLP
3200 N Central Suite 800
Phoenix, AZ 85012-2428

by   s/ Floyd W. Bybee